No. 863.  MASSA *v.* JIFFY PRODUCTS CO., INC.  C. A. 9th Cir.  Certiorari denied.  *Jerome A. Reiner* for petitioner.  *William Douglas Sellers* for respondent.

No. 870.  TREASURE COMPANY *v.* BULLEN ET AL.  C. A. 9th Cir.  Certiorari denied.  *John H. Rice* for petitioner. *Edward W. Tuttle* for respondents.

No. 254, Misc.  BOWDEN *v.* MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.  Petitioner *pro se.* *Thomas M. Kavanagh,* Attorney General of Michigan, and *Edmund E. Shepherd,* Solicitor General, for respondent.

No. 342, Misc.  ROY *v.* COINER, WARDEN.  Supreme Court of Appeals of West Virginia.  Certiorari denied. Petitioner *pro se.  W. W. Barron,* Attorney General of West Virginia, and *Fred H. Caplan,* Assistant Attorney General, for respondent.

No. 398, Misc.  TRAMAGLINO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 606, Misc.  FREY *v.* NEW YORK ET AL.  Appellate Division of the Supreme Court of New York, First Judicial Department.  Certiorari denied.

No. 660, Misc.  DEVORSE *v.* ILLINOIS.  Criminal Court of Cook County, Illinois.  Certiorari denied.